### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **THELMA FLOWERS,** | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 1:22-cv-00344** |
| **VS.** | § | |
| | § | **JURY TRIAL REQUESTED** |
| **WALMART, INC.,** | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

Defendant **WALMART, INC.,** (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a). In support therefore, Defendant would respectfully represent and show unto this Court the following:

### A. Introduction

1.     Defendant has filed its Civil Cover Sheet pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2.     On or about March 8, 2022, Plaintiff **THELMA FLOWERS** ("Plaintiff") initiated the state court lawsuit against Defendant in the 250th Judicial District Court of Travis County, styled *Thelma Flowers v. Walmart, Inc.*; Cause No. D-1-GN-22-001142 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for reasonable and necessary medical expenses, physical impairment, physical pain and mental anguish, and disfigurement. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B.**

3.     The attorneys involved in the action being removed are listed as follows:

**Party and Party Type**          **Attorney(s)**

Thelma Flowers - Plaintiff

John D. Plumlee
Texas Bar No. 24079145
LORENZ & LORENZ, LLP
1515 South Capital of Texas Highway, #500
Austin, TX 78746
Phone: 512-477-7333
Fax: 512-477-1855
Email: jplumlee@lorenzandlorenz.com

Walmart, Inc. - Defendant

Brett H. Payne
Texas Bar No. 00791417
WALTERS, BALIDO & CRAIN, L.L.P.
9020 N. Capital of Texas Highway
Building I, Suite 170
Austin, Texas 78759
Phone: 512-472-9000
Fax: 512-472-9002
Email: paynevfax@wbclawfirm.com

4.     The name and address of the court from which the case is being removed is as follows:

250th Judicial District Court
The Honorable Karin Crump
Travis County Courthouse
1000 Guadalupe, 4th Floor
Austin, Texas 78701
Phone: (512) 854-9312
Fax: (512) 854-2469

Mailing Address:
P.O. Box 1748
Austin, Texas 78767

**B. The Notice Of Removal Is Timely**

5.     Defendant's agent was served with citation and a copy of Plaintiff's Original Petition on or about March 10, 2022. *See* **Exhibit C**. Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is

one which is or has become removable.

## C. **Complete Diversity & Amount In Controversy Is Over the Threshold**

6.       Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff Maria Rivera-Lopez was, and is still, an individual residing in Texas.

7.       Defendant Walmart, Inc. is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas.  Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

8.       Accordingly, for diversity purposes, Walmart Inc. is a citizen of Delaware and Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

9.       In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

10.       Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a).  A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993).  In the State Court Action, Plaintiff alleges she seeks "monetary relief aggregating $250,000 or less." See **Exhibit B**.  Thus, the amount in controversy in the instant case meets the requirements for removal.

11.       Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D.**

## D. **Basis for Removal**

12.       Because this is a civil action of which the District Courts of the United States have

original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Thus, because Plaintiff is a citizen and resident of Texas, Defendant is not a citizen of Texas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

## E. Filing of Notice with State Court

13.     Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through her attorney of record and to the clerk of the state court action.

## F. Prayer

14.     **WHEREFORE, PREMISES CONSIDERED,** Defendant Walmart, Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that they have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

BY:   */s/ Brett H. Payne*
      Brett H. Payne
      Texas Bar Number 00791417
      WALTERS, BALIDO & CRAIN, L.L.P.
      Great Hills Corporate Center
      9020 N. Capital of Texas Highway
      Building I, Suite 170
      Austin, Texas 78759
      Phone: 512-472-9000
      Fax: 512-472-9002
      Email: paynevfax@wbclawfirm.com

      **ATTORNEY FOR DEFENDANT
      WALMART, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of April, 2022, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

John D. Plumlee
LORENZ & LORENZ, LLP
1515 South Capital of Texas Highway, #500
Austin, TX 78746
Phone: 512-477-7333
Fax: 512-477-1855
Email: jplumlee@lorenzandlorenz.com


/s/ Brett H. Payne
BRETT H. PAYNE