# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| THELMA FLOWERS,<br>*Plaintiff*<br><br>v.<br><br>WALMART, INC.,<br>*Defendant* | §<br>§<br>§<br>§   Case No. 1:22-CV-344-SH<br>§<br>§<br>§ |

## O R D E R

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed September 19, 2022 (Dkt. 17). After considering the Motion and the pleadings on file, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Agreed Motion to Dismiss with Prejudice is hereby **GRANTED** and Plaintiff's claims against Defendant in this cause are **DISMISSED** with prejudice. The Court will enter a Final Judgment in a separate order.

**SIGNED** on September 20, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE